**UNITED STATES DISTRICT COURT**
**for the District of New Jersey [LIVE]**
**Trenton, NJ**

DONNA M. BIRD

                Plaintiff,

v.                                        Case No.: 3:17–cv–13274–MAS–DEA

                                                       Judge Michael A. Shipp

PATTENBURG HOUSE, INC.

                Defendant.

**Order For Dismissal Pursuant to L.Civ.R. 41.1(a)**

    It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 11th day of June, 2019,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.


                          /s/ Michael A. Shipp
                          _____
                          MICHAEL A. SHIPP United States District Judge